```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

Deanna Lynch,                         \*

    Plaintiff,                    \*

vs.                                   \*   CASE NO. 4:11-cv-5062 (CDL)

Mentor Worldwide, LLC,                \*

    Defendant.                    \*

## O R D E R

The Court has been advised by counsel for the parties that the above action has been settled.

IT IS THEREFORE ORDERED that the action be dismissed without costs, other than those due this Court, and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this order by United States mail upon any attorneys/parties of record appearing in this case who may not receive electronic notice.

IT IS SO ORDERED, this 17th day of September, 2014.

                                                      S/ Clay D. Land
                                                        CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE